1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY ARECEO,                          No.  2:11-cv-2396 KJN P

12              Plaintiff,

13        v.                                   ORDER

14   SOCORRO SALINAS, et al.,

15              Defendants.

16

17        Plaintiff filed a motion for extension of time to file a second amended complaint.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

20        2.  Plaintiff is granted thirty days from the date of this order in which to file a second

21   amended complaint.

22   Dated:  October 24, 2014

23

24   /arce2396.36                             KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28