UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO, | No. 2:11-cv-2396 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOCORRO SALINAS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel.  On March 18, 2016, the undersigned recommended that this action proceed on his retaliation claims against defendants Surjick, Kong, Adams, and McHugh for their actions in February of 2012; and defendant Savage based on his actions in September of 2012, and that the remaining claims against the remaining defendants be dismissed.  On April 22, 2016, plaintiff filed a motion for stay, asking the court not to process the service of process documents until the district court reviewed plaintiff's objections and the findings and recommendations.

Plaintiff did not file objections.[1]  On May 5, 2016, the district court adopted the findings and recommendations.  Therefore, plaintiff's motion for stay is now moot, and is denied without prejudice.  By separate order, the court will direct the U.S. Marshal to serve process.

---

[1] Plaintiff's motion for stay states that his objections would be filed separately.  (ECF No. 29.)

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay (ECF No. 29) is denied as moot.

Dated: May 6, 2016

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/arce2396.den