UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO,<br><br>   Plaintiff,<br><br>   v.<br><br>SOCORRO SALINAS, et al.,<br><br>   Defendants. | No. 2:11-cv-2396 MCE KJN P<br><br>ORDER |

Plaintiff is committed to a state hospital under California's Sexually Violent Predators Act ("SVPA"). He is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2016, defendants filed a motion to strike portions of plaintiff's third amended complaint. Plaintiff did not file an opposition.

Rule 12(f) provides that:

> The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
>
> (1) on its own; or
>
> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

Fed. R. Civ. P. 12(f).

////

1

Pursuant to the district court's May 5, 2016 and November 23, 2016 orders, this action proceeds on plaintiff's retaliation claims against defendants Surjick, Kong, and McHugh for their actions in February of 2012, and defendant Savage based on his actions in September of 2012. This court's screening order contemplated that defendants Surjick, Kong, McHugh and Savage would only respond to plaintiff's allegations addressed to his retaliation claims against such defendants. Therefore, defendants' motion to strike paragraphs 5-8, 10-12, 16-20, 22-53, 62-67, 69, 71-73, 75-84, 86-96, 100 and 103 is granted. Plaintiff's paragraphs 97-99 contain his legal arguments concerning the alleged retaliation by these remaining defendants, which the court will not strike, but defendants are not required to address paragraphs 97-99 in their responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike (ECF No. 39) is partially granted;

2. Paragraphs 5-8, 10-12, 16-20, 22-53, 62-67, 69, 71-73, 75-84, 86-96, 100 and 103 are stricken from plaintiff's third amended complaint (ECF No. 27); and

3. Defendants Surjick, Kong, McHugh and Savage shall file a responsive pleading within twenty-one days from the date of this order.

Dated: December 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arce2396.str