UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCORRO SALINAS, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-02396 MCE KJN P<br><br><br>ORDER |

Plaintiff is committed to a state hospital under California's Sexually Violent Predators Act ("SVPA").  He is proceeding, pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 23, 2016, and December 1, 2016, the court inadvertently omitted defendant Adams from the orders addressing the request for reconsideration and the motion to strike.  Pursuant to the court's March 18, 2016 screening order, as well as the district court's May 5, 2016 order adopting the findings and recommendations, this action proceeds on plaintiff's retaliation claims against defendants Surjick, Kong, Adams and McHugh for their actions in February of 2012, and defendant Savage based on his actions in September 2012. (ECF Nos. 28, 31.)  Plaintiff's claims against defendant Adams were <u>not</u> dismissed by the November 23, 2016 order.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The November 23, 2016, and December 1, 2016 orders are amended;

1

      2. This action proceeds on plaintiff's retaliation claims against defendants Surjick, Kong, Adams and McHugh for their actions in February of 2012, and defendant Savage based on his actions in September 2012; and

      3. Defendant Adams shall file a responsive pleading within twenty-one days from the date of this order.

      IT IS SO ORDERED.

Dated: January 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE