UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO, | No. 2:11-cv-2396 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOCORRO SALINAS, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an opposition to the motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 74) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for summary judgment.

Dated: May 1, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arce2396.36