UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO, | No. 2:11-cv-02396 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOCORRO SALINAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has been granted multiple extensions of time in which to file objections. (ECF Nos. 83, 85, 87.) On May 2, 2019, plaintiff was granted a final thirty days in which to file objections. (ECF No. 87.) Thirty days have now passed, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 29, 2019, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 71) is granted in part and denied in part, as follows:

    A. Defendant Savage's motion for summary judgment is denied;

    B. The remaining defendants Surjick, Kong, Adams and McHugh are granted summary judgment; and

    C. This action is remanded to the assigned magistrate judge for further scheduling.

IT IS SO ORDERED.

Dated: September 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE