UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO, | No. 2:11-cv-2396 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOCORRO SALINAS, ET AL., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. This case proceeds on plaintiff's claim alleging defendant Savage retaliated against plaintiff in September of 2012. On September 11, 2019, the district court remanded this matter back to the undersigned for further scheduling. (ECF No. 88.)

Good cause appearing, the parties shall inform the court whether a settlement conference is appropriate. If so, by filing the attached notice within thirty days, the parties shall notify the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge. Plaintiff shall also indicate his preference to appear in person or by videoconference, if available. Failure to waive disqualification will result in the case being set for settlement conference before a different magistrate judge.

IT IS HEREBY ORDERED that within thirty days from the date of this order, the parties shall file the attached notice, informing the court whether a settlement conference is appropriate,

whether they waive disqualification for the undersigned to hold the settlement conference, or whether they choose to have the settlement conference held by a different judge.

Dated: September 20, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arce2396.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARCEO,

    Plaintiff,

v.

SOCORRO SALINAS, ET AL.,

    Defendants.

No. 2:11-cv-2396 MCE KJN P

NOTICE OF ELECTION RE SETTLEMENT CONFERENCE

1. As required by court order, the parties notify the court of the following election:

    \_\_\_\_ The party signing below requests a settlement conference.

    \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

    **OR**

    \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

**AND**

2. Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

**OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                            _____
                                            Plaintiff or Counsel for Defendants