UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCORRO SALINAS, et al.,<br><br>    Defendants. | No. 2: 11-cv-2396 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Following summary judgment, this action proceeds against defendant Savage, a Correctional Officer at the San Joaquin County Jail. Plaintiff alleges that defendant Savage called plaintiff a child molester in front of other jail inmates in retaliation for plaintiff's threat to file a lawsuit against defendant Savage and his partner.

Plaintiff is currently housed at Coalinga State Hospital. On October 17, 2019, plaintiff filed a letter with the court stating that he will soon be transferred to the San Joaquin County Jail in Stockton, California to appear for a Sexually Violent Predator ("SVP") trial. (ECF No. 91.) Plaintiff alleges that the San Joaquin County Sheriff has no SVP unit in the jail. (Id.) Plaintiff alleges that the San Joaquin County Sheriff houses plaintiff next door to general population and gang member inmates, and accidentally opens the door thereby placing plaintiff in great jeopardy. (Id.)

The undersigned presumes that the San Joaquin County Sheriff will take all necessary steps to protect plaintiff from harm by other inmates while plaintiff is housed at the San Joaquin County Jail during his SVP trial. For this reason, no further orders regarding plaintiff's October 17, 2019 letter will issue.

Accordingly, IT IS HEREBY ORDERED that:

1. No further orders regarding plaintiff's October 17, 2019 letter will issue.
2. The Clerk of the Court is directed to serve a copy of this order and plaintiff's October 17, 2019 letter (ECF No. 91) on the Sheriff of San Joaquin County, 7000 Michael Canlis Blvd., French Camp, CA, 95231.

Dated: October 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ar2396.ord