UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO, | No. 2:11-cv-2396 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOCORRO SALINAS, et al., | |
| Defendants. | |

Plaintiff is a former prisoner, proceeding pro se, and currently detained in the Coalinga State Hospital. This case proceeds on plaintiff's claim that while he was housed in the San Joaquin County Jail, defendant Savage retaliated against plaintiff in September of 2012.[1] On June 24, 2020, plaintiff filed a notice of interlocutory appeal, which has been processed to the Ninth Circuit. However, within his notice of appeal, plaintiff appears to seek an extension of time. (ECF No. 107 "plaintiff request [sic] thirty days from May 22, 2020.").

On May 18, 2020, the undersigned recommended that this action be dismissed based on plaintiff's failure to timely file a pretrial statement as required by the March 3, 2020 order. (ECF No. 103.) There is no separate request for extension of time to file objections to the May 18, 2020 findings and recommendations or to file a pretrial statement on the court's docket.

---

[1] The remaining defendants were granted summary judgment. (ECF No. 88.)

It is not clear what deadline plaintiff seeks to extend, if he did.  However, in an abundance of caution, the court will grant plaintiff an extension of time to file his pretrial statement and objections to the pending findings and recommendations.  Plaintiff is cautioned that he is required to comply with court orders, even though he is proceeding pro se, and housed in a state hospital.  Local Rule 110; see also Fed. R. Civ. P. 16(f).  If plaintiff requires additional time to comply with a court order, he should file a motion for extension of time, preferably before the deadline expires.

Further, plaintiff is cautioned that failure to comply with this order will result in the court routing the findings and recommendations to the district court for review and adoption.  Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file to file his pretrial statement and objections to the pending findings and recommendations.

Dated:  June 26, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arce2396.36

2