UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARCEO,

    Plaintiff,

  v.

SOCORRO SALINAS, et al.,

    Defendants.

No. 2: 11-cv-02396 MCE KJN P

ORDER

    Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 18, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. On June 26, 2020, plaintiff was granted an additional thirty days in which to file his pretrial statement and objections to the findings and recommendations. Plaintiff was cautioned that failure to comply with the order would result in the findings and recommendations being routed to the district court for review and adoption. (ECF No. 110 at 2.)

    Thirty days have now passed, and neither party has filed objections to the findings and recommendations, and plaintiff has not otherwise responded.

1     The Court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

3 ORDERED that:

4     1. The findings and recommendations filed May 18, 2020 (ECF No. 106), are ADOPTED

5 in full; and

6     2. This action is DISMISSED without prejudice. See Fed. R. Civ. P. 16(f); Local Rule

7 110.

8     IT IS SO ORDERED.

9 Dated: August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE