1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ANTHONY ARCEO,                              No.  2:11-cv-2396 MCE KJN P

12                  Plaintiff,

13          v.                                      ORDER

14     SOCORRO SALINAS,

15                  Defendant.

16

17          Plaintiff is a civil detainee, proceeding pro se.  On August 3, 2021, the parties settled this

18  action on the record, and it was agreed that the county would make the check payable to plaintiff

19  and then he could sign it over to his mother.  Subsequently, plaintiff filed a motion claiming that

20  trust account officers have wrongfully placed a hold on the settlement proceeds.

21          Good cause appearing, IT IS HEREBY ORDERED that counsel for defendant shall

22  respond to plaintiff's motion (ECF No. 140) within twenty-one days from the date of this order.

23  Dated:  April 13, 2022

24

25                                          _____
                                            KENDALL J. NEWMAN
26      /arce2396.fb                        UNITED STATES MAGISTRATE JUDGE

27

28

                                                   1