UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARCEO,<br><br>Plaintiff,<br><br>v.<br><br>SOCORRO SALINAS,<br><br>Defendant. | No. 2:11-cv-2396 MCE KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2022, ECF No. 143, are ADOPTED in full;

2. Plaintiff's motion to cease trust account deductions, ECF No. 140, is DENIED; and

3. This matter remains closed.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE